# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:03-00191 |
| | ) | Judge Trauger |
| CARL FRAZIER, JR. | ) | |

## O R D E R

Attached to this order is a letter and documents received from the defendant. To the extent that this defendant requests that this judge order the Bureau of Prisons to give him additional jail time credit, the request is DENIED. It is clear from the documents furnished by the defendant that he was simply "borrowed" from state authorities for the period from November 11, 2003 until his sentencing on January 20, 2006 and was receiving state jail time credit during that period of time. Because the sentence imposed by this court was to run consecutive to the defendant's state parole revocation sentence, it is not clear to the court, at this point, why it recommended that he receive jail credit for this period of time. At any rate, the defendant is not entitled to additional jail credit because this time was credited to his state sentence and he was not technically in federal custody.

It is so **ORDERED**.

ENTER this 30th day of July 2014.

ALETA A. TRAUGER
U.S. District Judge